| | |
|---|---|
| Cheryl Konell Ruggiero – Bar No. 146885<br>Jerome J. Konell – Bar No. 150394<br>KONELL RUGGIERO & KONELL<br>888 S. Figueroa Street, Suite 860<br>Los Angeles, CA  90017<br>213-538-1360; Fax 213-538-1368<br>krk@krklawyers.com | JS-6 |

Attorneys for Plaintiff,
ANDREW BAYLEY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW BAYLEY,<br><br>            Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES; CITY OF TORRANCE; CITY OF MANHATTAN BEACH; STEVE HEGLAR, City of Torrance Police Officer; ELENA GONZALEZ MERCADO, City of Manhattan Beach Police Officer; JOHN SAVAY, Los Angeles County Deputy Sheriff; SHALONDA HEWITT, Los Angeles County Deputy Sheriff; and DOES 1 - 50, inclusive, all in their individual and official capacities,<br><br>            Defendants. | **CASE NO.  CV 06-4137  VBF (SHx)**<br>*(Honorable Valerie Baker Fairbank)*<br><br>**ORDER<br>DISMISSING THE CASE** |

The Stipulation for an Order Dismissing the Case having been considered by this Court,

IT IS HEREBY ORDERED that the remaining defendants – County of Los Angeles Deputy Sheriffs Theodore Baljet, Christopher Barreras, Ryan Bressler, Ryan Campbell, Marcos Escalante, Shalonda Hewitt, Robert Knudson, Christopher Lio, Douglas Lockwood, Adam Navarrette, John Savay, Daniel Silliman, John

/ / /

- 1 -

1  Silverstein, Clifford Slawinski and Jamie Yamasaki – be and hereby are dismissed
2  with prejudice.

   DATED:   9/8/08

   *Valerie Baker Fairbank* (signature)

   _____
   JUDGE VALERIE BAKER FAIRBANK
   UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER